Louis Reval, trading as Reval Mercantile House, appellee, v. Orlando V. D. Jones, appellant. Gen. No. 27,788.

Action on a promissory note and for a balance due for merchandise sold to defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Leopold Saltiel, for appellant. Cermak & Posvic, for appellee; Jerome J. Cermak, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

H. J. Becker, appellee, v. Luella Howard, appellant. Gen. No. 27,795.

L. H. Wendle, appellee, v. Luella Howard, appellant. Gen. No. 27,800.

Action of forcible detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922. Rehearing denied December 22, 1922.

Nichols & Nelson, for appellant. Will C. Moody, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Vaclav Janota and Antoinie Janota, defendants in error, v. Marie Kolar and Josef Kolar, plaintiffs in error. Gen. No. 26,671.

Judgment by confession for plaintiffs opened and defendants given leave to plead, the judgment to stand as security. Trial by jury and judgment for plaintiffs. Error to the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed December 11, 1922.

Zach Hofheimer, for plaintiffs in error. Chapman, Cutler & Parker, for defendants in error; Stanley Rich, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Albert Misek, appellee, v. Village of LaGrange, appellant. Gen. No. 27,193.

Action for damages for the pollution of a stream by sewage. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed December 11, 1922. Rehearing denied December 22, 1922.

George M. Stevens, for appellant; O. F. Reich and I. T. Greenacre, of counsel. Coburn & Bentley, for appellee.

Mr. Justice Dever delivered the opinion of the court.